```
               IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JAMES H. WRIGHT                    :        CIVIL ACTION
                                   :
         v.                        :
                                   :
COMMONWEALTH OF PENNSYLVANIA,      :        NO. 02-3014
DEPARTMENT OF CORRECTIONS,
SCI - GRATERFORD
```

# N O T I C E

September 10, 2002

       The Rule 16 conference previously scheduled for October 22, 2002 is rescheduled for Thursday, October 31, 2002 at 11:00 a.m. in chambers, Room 12614.

cc: September 10, 2002 (KC)

OLUGBENGA O. ABIONA
THEODORE E. LORENZ

BY:_____
      Deputy Clerk
      Kathryne M. Crispell