```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| JAMES H. WRIGHT | : | CIVIL ACTION |
| v. | : | |
| COMMONWEALTH OF PENNSYLVANIA,<br>DEPARTMENT OF CORRECTIONS,<br>SCI - GRATERFORD | : | NO. 02-3014 |

## A M E N D E D   N O T I C E

October 18, 2002

The Rule 16 conference previously scheduled for October 31, 2002 is rescheduled for **Wednesday, October 30, 2002** at 2:00 p.m. in chambers, Room 12614.

cc:  October 18, 2002 (KC)

OLUGBENGA O. ABIONA
THEODORE E. LORENZ

BY:_____
         Deputy Clerk
         Kathryne M. Crispell