Rule 16 Conference Order
(Joint Discovery Schedule)

Date: October 30, 2002    Civil Action No. 02-3014    Jury  x
                                                      Non-Jury ___

                                        Action filed: 5/21/02

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

                                        Trial counsel:

**JAMES H. WRIGHT**                     Olugbenga O. Abiona
         vs.
**COMMONWEALTH OF PA,**                 Theodore Lorenz
**DEPARTMENT OF CORRECTIONS
SCI GRATERFORD**

                      **O R D E R**

**It is ORDERED:**

- By November 20, 2002 plaintiff will submit Joint Discovery schedule with specific dates for depositions not to extend beyond December 24, 2002.
- **Next Rule 16 conference:        To be scheduled**

▸ Defendant's response to motion for extension of time to be filed by November 1, 2002.

▸ Plaintiff's demand (monetary and non-monetary) to defendant by November 15, 2002.

▸ Counsel are to meet to try to resolve discovery disputes. If necessary, motions to compel and any other discovery motions are to be filed by November 29, 2002. (see attached standing order re: discovery dispute)

▸ Counsel are to meet and set out stipulated facts by November 29, 2002.

_____
                                        **Edmund V. Ludwig, J.**