```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WRIGHT                            :    Civil Action

    vs.                           :

COMMONWEALTH OF PA                :    No. 02-3014
```

### Joint Discovery Schedule

   The following schedule of discovery is submitted pursuant to Scheduling Order of <u>October 30, 2002.</u>

   1. Counsel are to reserve specific dates for depositions. Names of deponents are unnecessary.  (Dates may be substituted by agreement as long as same number are utilized within same time period.)
   **Deposition dates:**



   2. If interrogatories or requests are outstanding, give date(s) when answers will be provided or documents produced.  If not yet served, deadline dates for service and for compliance should be shown.
   **Other discovery dates:**



**Check one:**
___  No motion for summary judgment is contemplated.
___  Summary judgment may be moved for by _____
                                    (fill in party or parties)

Date:_____     _____
                         Signed by counsel for plaintiff after
                         consultation with all counsel
_____
                 <u>**ORDER - Fed.R.Civ.P. 16(b)**</u>

Approved and so ordered:
                         _____       _____, 2002
                         Edmund V. Ludwig, J.

**Next Rule 16 Conference:** _____, 2002 _____ m.

**Note**:  **This action will be listed for trial based on this and any future discovery schedule.  If a schedule is not followed, action may be listed for trial as though there had been compliance. Also <u>see</u> Fed.R.Civ.P. 16(f) Sanctions.**