IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES H. WRIGHT | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| COMMONWEALTH OF PA, DEPARTMENT OF CORRECTIONS, SCI-GRATERFORD | : | NO. 02-3014 |

## **O R D E R**

AND NOW, this 11th day of December, 2002, upon telephone conference:

- The motions to compel filed by defendant and by plaintiff are denied.

- The parties are directed to meet to resolve discovery disputes.

- If dispute cannot be resolved, a joint motion to compel is to be filed by December 18, 2002. (See attached standing order on discovery disputes.)

- If unable to file a joint submission, counsel are to advise chambers by December 18, 2002.

_____
                                    Edmund V. Ludwig, J.