IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES H. WRIGHT | : | CIVIL ACTION |
| v. | : | |
| COMMONWEALTH OF PA, DEPARTMENT OF CORRECTIONS, SCI-GRATERFORD | : | NO. 02-3014 |

**O R D E R**

AND NOW, this 16th day of January, 2003, defendants' motions to compel filed December 18, 2002 and January 10, 2003 and plaintiff's motion for protective order are referred to Magistrate Judge Linda K. Caracappa for resolution.

A further Rule 16 conference will be held before Judge Ludwig on Tuesday, February 18, 2003 at 2:30 p.m. in chambers, Room 12614.

Edmund V. Ludwig, J.