IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES H. WRIGHT | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| | : | NO. 02-CV-3014 |
| COMMONWEALTH OF | : | |
| PENNSYLVANIA | : | |

## O R D E R

AND NOW, this      day of January, 2003, defendant's cross motion for summary judgment is denied without prejudice to reinstatement.

_____
Edmund V. Ludwig, J.