IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES H. WRIGHT | : | CIVIL ACTION |
| v. | : | |
| COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF CORRECTIONS, SCI - GRATERFORD | : | NO. 02-3014 |

**N O T I C E**

February 20, 2003

      The Rule 16 conference previously scheduled for February 18, 2003 is rescheduled for Tuesday, March 11, 2003 at 11:00 a.m. in chambers, Room 12614.

cc:  February 20, 2003 (KC)

OLUGBENGA O. ABIONA
THEODORE E. LORENZ

BY:_____
     Deputy Clerk
     Kathryne M. Crispell