IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES H. WRIGHT | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 02-CV-3014 |
| COMMONWEALTH OF PENNSYLVANIA | : | |

### O R D E R

AND NOW, this 12th day of March, 2003, the following is directed:

1. By May 16, 2003, defendant Commonwealth of Pennsylvania is to file any Rule 56 motion.

2. By May 16, 2003, counsel are to contact Magistrate Judge Caracappa to schedule a settlement conference. (267) 299-7640.

                                                                    Edmund V. Ludwig, J.