IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JAMES H. WRIGHT                         :        CIVIL ACTION
                                        :
        v.                              :
                                        :
COMMONWEALTH OF PA, DEPARTMENT          :        NO. 02-3014
OF CORRECTIONS, SCI-GRATERFORD

**O R D E R**

　　　　　AND NOW, this 11th day of April, 2003, the order dated March 12, 2003 is amended:

　　　　　1. By June 16, 2003, defendant Commonwealth of Pennsylvania is to file any Rule 56 motion.

　　　　　2. Counsel will meet with Judge Caracappa on May 22, 2003 as scheduled.

　　　　　　　　　　　　　　　　　　　　　　　　　　　Edmund V. Ludwig, J.