IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


JAMES H. WRIGHT

                        :        CIVIL ACTION
                        :
     vs.           :
                        :        NO. 02-cv-3014

COMMONWEALTH OF PENNSYLVANIA,
DEPARTMENT OF CORRECTIONS,
SCI-GRATERFORD

O R D E R


**AND NOW, TO WIT:** this 16th day of June, 2003,
it having been reported that the issues between the parties in
the above action have been settled and upon Order of the Court
pursuant to the provisions of Rule 41.1(b) of the Local Rules of
Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with
prejudice, pursuant to agreement of counsel without costs.




**MICHAEL E. KUNZ**, Clerk of Court


**BY:**_____
                 Kathryne M. Crispell
                 Deputy Clerk



_6/16/03_ copies to:

Olugbenga O. Abiona, Esq.  (mail)
Theodore E. Lorenz, Esq. (e-mail)




Civ 2 (8/2000)